IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Securities & Exchange Commission,<br><br>        Plaintiff,<br>   v.<br>Ralph K. Ungermann, et al.,<br><br>        Defendants.<br>_____/ | NO. C 02-05613 JW<br><br>**ORDER RE: NON-PARTY LETTER** |

On December 12, 2003, the Court issued an order appointing a distribution agent and approving a plan for distribution of assets disgorged in this case pursuant to the final judgments entered against Defendants. (Docket Item No. 19.)

Presently before the Court is a letter from a Mr. Jeffrey D. Bridges. (Docket Item No. 20.) The letter alleges that the settlement claims administrator for this case has not disbursed settlement monies owing to Mr. Bridges under the settlement. The letter further alleges that other claimants may also have not received payment. Since the letter has been filed by a non-party, the Court refrains from addressing the contents of the letter directly. However, the Court directs the parties to respond to the letter, to the extent Mr. Bridges has a valid claim.[1]

Dated: January 4, 2008

                                                       *James Ware*
                                                       JAMES WARE
                                                       United States District Judge

---

[1] Mr. Bridges' address is as follows: Jeffrey D. Bridges, 102 Magnolia Court, Macon, Georgia 31210. The Court attaches the letter for references.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christyne Jennifer Vachon VachonC@sec.gov
Thomas A. Zaccaro thomaszaccaro@paulhastings.com
William S. Freeman freemanws@cooley.com

Jeffrey D. Bridges
102 Magnolia Court
Macon, Georgia 31210

Christyne Jennifer Vachon
U.S. Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648

Thomas A. Zaccaro
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228

William S. Freeman
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 9406-2155

**Dated: January 4, 2008**     **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**